MICHELLE PASCUCCI, Trial Attorney (Mass. Board of Bar Overseers #690889)
Michelle.Pascucci@usdoj.gov
BRITTAIN SHAW, Trial Attorney (DC Bar #472990)
Deborah.Shaw@usdoj.gov
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-262-9019 (Pascucci)

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America | Case No.  CR-19-00448-PHX-DLR-2 |
|---|---|
| vs. | **JOINT MOTION TO CONVERT RULE 11 HEARING TO A STATUS CONFERENCE** |
| James B. Panther, Jr., a/k/a "James Suqui" and "James Suquilanda," | |
| Defendant. | |

The undersigned parties, by their respective attorneys, hereby submit this motion to convert the Rule 11 hearing currently scheduled for September 11, 2020 to a status conference and an accompanying proposed order for the Court's consideration.

On May 4, 2020, the parties notified the Court of the defendant's intent to enter a plea of guilty.  On July 14, 2020, the parties jointly sought a continuance of the Rule 11 plea hearing and trial, then scheduled for July 21, 2020, and August 4, 2020, respectively. On July 15, 2020, the Court entered an order moving the plea hearing to September 11, 2020, and the trial to October 6, 2020.

Since the date of filing, the government has continued reviewing electronic materials in its possession.  In addition, the government is processing and reviewing

physical materials located at the United States Attorney's Office for the Southern District of Florida that are related to another case and which may contain information discoverable in the instant matter. The government is diligently analyzing all of the above files for any additional discoverable materials and information, which it intends to make available to the defendant. Given that the government's review is ongoing and, in particular, that the government's ability to physically review the off-site materials is limited by constraints arising from the COVID-19 pandemic, the parties request that this Court convert the Rule 11 hearing currently scheduled for September 11, 2020 to a status conference to apprise the Court of any additional updates and discuss setting a date for the plea hearing and trial.

Respectfully submitted,

| FOR PLAINTIFF | FOR DEFENDANT |
| --- | --- |
| UNITED STATES OF AMERICA | JAMES B. PANTHER, JR. |

By:  s/Michelle Pascucci  
    Michelle Pascucci, Trial Attorney  
    Brittain Shaw, Trial Attorney

By:  s/Dennis Burke  
    Dennis Burke, Esq.  
    Mark Kokanovitch, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

                                                Respectfully submitted,

                      BY:     */s/ Michelle Pascucci*